UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HEALTHY GULF, et al.,

        *Plaintiffs*,

v.

BUREAU OF OCEAN ENERGY MANAGEMENT,

        *Defendant*,

and

AMERICAN PETROLEUM INSTITUTE,

        *Intervenor-Defendant*.

Case No. 1:24-cv-02175 (TNM)

## ORDER GRANTING BRIEFING SCHEDULE

Having considered the Parties' Joint Status Report and Proposed Briefing Schedule, the Court hereby GRANTS IN PART the Parties' stipulated extension for filing the certified list of contents of the administrative record and requested briefing schedule as modified below.

| | |
|---|---|
| January 28, 2025 | Defendant serves the administrative record and files index, and files certified list of contents of the administrative record; |
| February 28, 2025 | Deadline for any motions challenging the completeness of the administrative record; |
| If Plaintiffs contend that the administrative record is incomplete, the Parties will confer to attempt to resolve the dispute. If Plaintiffs file a motion regarding the record, the summary judgment schedule below shall not apply. The Parties will confer and propose a revised summary judgment schedule after the record issues have been resolved. If no motions regarding the record are filed, the Parties will proceed with summary judgment briefing according to the schedule below. | |
| March 7, 2025 | Plaintiffs' motion for summary judgment; |
| April 18, 2025 | Defendant's combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment; Defendant-Intervenor's opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment. |

| | |
|---|---|
| May 9, 2025 | Plaintiffs' combined opposition to Defendant's and Defendant-Intervenor's cross-motions for summary judgment and reply in support of motion for summary judgment; |
| June 6, 2025 | Defendant's reply in support of cross-motion for summary judgment; |
| June 6, 2025 | Defendant-Intervenor's reply in support of cross-motion for summary judgment; |
| June 20, 2025 | Plaintiffs file a joint appendix. |

The Parties' summary judgment briefs will conform to the page limits in Local Civil Rule 7 unless the Court grants permission to deviate from those limits.

The Initial Scheduling Conference set for January 10, 2025 is hereby VACATED.

IT IS SO ORDERED.

Dated: 11/12/2024

TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE