UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al., <br><br>      *Plaintiffs*, <br><br> v. <br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, <br><br>      *Defendant*, <br> and <br><br>AMERICAN PETROLEUM INSTITUTE, <br><br>      *Intervenor-Defendant.* | Case No. 1:24-cv-02175-TNM |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs Healthy Gulf, Friends of the Earth, Center for Biological Diversity, Oceana, and Sierra Club ("Plaintiffs") respectfully move for entry of summary judgment in their favor on all counts raised in the Complaint (ECF No. 1), declaring that Defendant Bureau of Ocean Energy Management ("Defendant" or "the Bureau") violated the Administrative Procedure Act ("APA") and the Outer Continental Shelf Lands Act ("OCSLA") when issuing the 2020 Air Quality Control, Reporting, and Compliance final rule, 85 Fed. Reg. 34912 (June 5, 2020) ("Final Rule").

In 2016, the Bureau proposed significant changes to its decades-old regulations in order to comply with its statutory mandates under OCSLA and account for technological advances in air pollution control and industry practices. In rejecting these changes in the Final Rule, the Bureau violated basic requirements for agency decision-making under the APA, including by failing to offer a reasoned explanation for provisions in the Final Rule, drawing conclusions that

1

run counter to the evidence before the agency, failing to consider important aspects of air pollution from offshore operations, and acting contrary to OCSLA.

Plaintiffs attach a Memorandum of Points and Authorities in support of this Motion for Summary Judgment, and a Proposed Order.

Respectfully submitted this 7th day of March, 2025.

/s/ George Torgun
George Torgun (*pro hac vice*)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
gtorgun@earthjustice.org

Rumela Roy (*pro hac vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
303-996-9623 Telephone
rroy@earthjustice.org

Stephen D. Mashuda (DC Bar No. WA0005)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
smashuda@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf, Friends of the Earth, Center for Biological Diversity, Oceana, and Sierra Club*