**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEALTHY GULF, et al., | Case No. 1:24-cv-02175-TNM |
|                 *Plaintiffs*, | |
|    v. | |
| BUREAU OF OCEAN ENERGY MANAGEMENT, | |
|                 *Defendant*, | |
|    and | |
| AMERICAN PETROLEUM INSTITUTE, | |
|                 *Intervenor-Defendant.* | |

**DECLARATION OF ZACHARY FABISH**

I, Zachary Fabish, declare as follows:

    1.    I am over the age of eighteen and competent to make this declaration. The statements made herein are based upon my personal knowledge and experience.

    2.    I am a current member of the Center for Biological Diversity ("the Center"). The Center works to secure a future for all species through science, law, and creative media, with a focus on protecting the lands, waters, and climate that species need to survive.

    3.    Since becoming a member, I routinely receive information from the Center such as action alerts, events, and details about industrial activities in the Gulf of Mexico, their impacts on endangered species, and how the Center is working to protect those species. I rely upon the Center to represent my interests in a variety of forums, including legal action.

    4.    I have been an employee and member of the Sierra Club since 2010. The Sierra Club works to, among other things, promote the responsible use of the earth's ecosystems and resources and to protect and restore the quality of the natural and human environment. As part of

1

my job, I am aware of the harmful impacts that pollution—particularly air pollution—has on public health and the environment.

5.      Through both the Center and the Sierra Club, I am a huge advocate for the protection of wildlife, human health, and natural resources through the preservation of the environment and biodiversity. I rely on these organizations to represent my interests in maintaining the natural environment and resources, including wildlife and air quality.

6.      I currently reside in Houston, Texas. Where I live is very close (around a 40-minute drive) to Brazoria, Brazos Bend, and Galveston, Texas. I am aware that the Houston-Galveston-Brazoria area does not meet current air quality standards set by the U.S. Environmental Protection Agency for ozone pollution. I am also aware that a substantial portion of this ozone pollution results from activities connected to oil and gas operations on the Gulf of Mexico Outer Continental Shelf.

7.      I truly enjoy the recreational opportunities and aesthetic beauty afforded to me by living near the coast of Texas. One of the pastimes that I value the most in this area is birdwatching and wildlife photography; I spend a lot of time outside in the area photographing wildlife, like birds and other local species. However, decreased air quality in my area makes it more difficult to see animals at a distance. Poor air quality creates a brown or cloudy-like haze making it more difficult to see and identify wildlife, let alone to get a good picture.

8.      My love for wildlife photography has led me to seek out different species to view, enjoy, and photograph. I hope to see and photograph nesting turtles one day, and I am concerned that due to threats to their continued viability that may not be possible.

9.      I visit Brazos Bend State Park a few times a year to enjoy the natural environment, walk, birdwatch, observe the wildlife, and take photos. My last visit was November 2024, and I plan to return this spring for the Brazos Bend trail run.

10. My wife and I are avid runners, but due to things like high ozone levels and air pollution in general, we alter our preferred running schedules and plans because of increased concern about impacts of air pollution on our health.

11. We avoid going outside during high ozone days and check air quality indexes frequently, canceling planned runs on days with poor air quality. As a result, air pollution often forces us to alter our plans and limits our outdoor activity. Our enjoyment of the natural environment is considerably diminished when we have to avoid outdoor activities, like running, because of air pollution impacts.

12. Additionally, I visit Galveston beach several times a year and plan to continue doing so in the future. It's nearby and a wonderful place to swim and run on the beach. I get significant enjoyment from swimming and running outdoors in nature at Galveston beach. My wife and I ran the 2025 Galveston Half Marathon and would like to make that an annual event as long as air quality and health permits. I get much enjoyment from recreating in this area, enjoying the natural beauty of the environment and observing wildlife.

13. I've observed that the Gulf coast is comprised of great ecological richness but smothered by the industrial oil complex. It is my opinion that the oil industrial complex is largely to blame for the decreased air quality in my area and the areas I recreate, such as Galveston beach and other parts of the Gulf Coast. It is my understanding that the Bureau of Ocean Energy Management ("BOEM") in 2020 finalized a rule that effectively kept in place air quality regulation for the offshore oil and gas industry that are decades old, even though the agency had in 2016 recognized the need to update these outdated regulations to reduce harmful air pollutants and ensure that federal air quality standards in affected areas were being met. I understand that the Center for Biological Diversity and Sierra Club have brought a lawsuit that challenges the 2020 rule.

14. I depend on these nonprofit organization to represent my interest in protecting my health and the health of Gulf of Mexico species and ecosystems. I also depend on the federal government to fulfill its legal obligations when regulating emissions from the oil and gas industry. BOEM's failure to follow the law and promulgate air quality regulations that will protect public health, the environment, and the climate harms me and my health and well-being. In addition, my ability to enjoy activities in Houston, Galveston, and other areas along the Gulf coast depends on clear air and a healthy environment. BOEM's failure to follow the law also allows the oil and gas industry to continue the harms described above to the Gulf region, making it more difficult for me to participate in the activities that I enjoy, such as wildlife photography and observation, and running.

15. I understand that requiring BOEM to fully comply with the Administrative Procedure Act and Outer Continental Shelf Lands Act will result in better air quality regulations for the oil and gas industry that would reduce air pollution in the Gulf of Mexico and reduce the harms to me and my family's health, well-being, and ability to enjoy and recreate in the Gulf of Mexico. My injuries will be redressed if the Court finds that BOEM's decision was unlawful and requires BOEM to regulate air pollution from offshore oil and gas operations in a manner that complies with requirements of the Administrative Procedure Act and the Outer Continental Shelf Lands Act.

I hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Dated this 5th day of March, 2025, in Houston, Texas.

_____
Zachary Fabish